```
Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
MOJGAN BALOUCH
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN BALOUCH,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRYAN J. SOUZA; and DOES 1-10, inclusive.<br><br>                    Defendants. | CASE NO.: CV 11 2498<br><br>**COMPLAINT FOR DAMAGES;**<br>**DEMAND FOR JURY TRIAL** |

## INTRODUCTION

1. Plaintiff Mojgan Balouch was pulled over for speeding and during the traffic stop, CHP Officer Bryan J. Souza grabbed Ms. Balouch's left arm and twisted it with such force that it shattered her humerus bone, requiring surgery to insert a metal rod in her arm. The tremendous amount of force used by Officer Souza was not justified under the circumstances and constituted an unreasonable seizure, in violation of Ms. Balouch's Civil Rights.

## JURISDICTION

2. This action arises under 42 U.S.C. §1983, as Defendant's actions were carried out under color of state law and deprived Plaintiff of her rights under the United States Constitution. This Court therefore has original jurisdiction over the action pursuant to 28 U.S.C. § 1331.

## INTRA-DISTRICT ASSIGNMENT

3. The facts giving rise to this action all arose in San Jose, California, making the San Jose Division the proper assignment for this action.

1

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

## PARTIES

4. Plaintiff Mojgan Balouch is an adult over the age of eighteen and at all times herein alleged was and is a resident of Santa Clara County, California.

5. Defendant Bryan J. Souza is, and at all relevant times hereto was a peace officer employed by the California Highway Patrol, and in doing the things herein alleged, acted under color of state law and in the course and scope of his employment.

6. Defendants Doe 1 through Doe 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to Plaintiff. When their true names and capacities are ascertained, Plaintiff will amend this complaint by inserting their true names and capacities herein. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those defendants. Each reference in this complaint to "defendant," "defendants," or a specifically named defendant refers also to all defendants sued under fictitious names.

7. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the defendants, including all defendants sued under fictitious names, was the agent and employee of each of the other defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment.

## FACTUAL ALLEGATIONS

8. On May 30, 2009 Plaintiff was driving southbound on California State Route 85 when she was pulled over by Defendant Souza.

9. Plaintiff exited her vehicle in order to speak with Officer Souza about the reason for the traffic stop and also in order to ask Officer Souza not to tear the insurance card, which belonged to Plaintiff's boyfriend, out of the sheet of paper to which it was attached. Plaintiff never acted aggressively, threatened or harmed Officer Souza in any way. However, Officer Souza became aggressive with Plaintiff, apparently in response to her exiting her vehicle. At

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

some point, Officer Souza grabbed Plaintiff's left arm and twisted it with such force that it caused a comminuted fracture of Plaintiff's left distal humerus.

## DAMAGES

10. As a proximate result of Defendant Souza's excessive use of force against Plaintiff, Plaintiff sustained a comminuted fracture, requiring surgery and the insertion of a metal rod in her arm. This injury resulted in excruciating physical pain and suffering and emotional distress. Plaintiff continues to suffer from permanent impairment to her left arm, and continuing occasional flare-ups of pain, a large, permanent, disfiguring scar, and other symptoms. Plaintiff has also incurred, and will likely continue to incur liability for medical bills and other expenses for the treatment of her injuries. In addition, Plaintiff has retained counsel and has incurred and will continue to incur legal fees.

## FIRST CAUSE OF ACTION
### (42 U.S.C. §1983 - Fourth Amendment Violation)

11. Plaintiff refers to paragraphs 1-10 of this Complaint and incorporates by reference the allegations of said paragraphs as though expressly set forth at length at this point.

12. Defendant Souza, in doing the things herein alleged, acted under color of law to deprive Plaintiff of her rights under the Fourth Amendment of the United States Constitution by using excessive and unreasonable force against Plaintiff.

13. As a direct and proximate result of Defendants' actions, Plaintiff suffered damages as herein set forth.

14. Defendant Souza's actions were carried out with malice, oppression, and/or conscious disregard for Plaintiff's rights, entitling Plaintiff to punitive damages.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

## PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages in an amount according to proof at trial;
2. For punitive damages;
3. For reasonable attorney's fees, pursuant to 42 U.S.C. §1988;

4. For costs of suit incurred herein;

5. For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to FRCP 38, Plaintiff hereby demands a jury trial of this matter and requests the Clerk of this Court designate this matter as a jury trial, pursuant to FRCP 39(a).

DATED: May 23, 2011                                     LAW OFFICE OF JOSEPH S. MAY

_____
JOSEPH S. MAY, Attorney for Plaintiff
MOJGAN BALOUCH

4

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL