UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN BALOUCH, | Case No.: 11-CV-02498-LHK |
| Plaintiff, | ORDER VACATING DEADLINES |
| v. | |
| BRYAN J. SOUZA; and DOES 1-10, | |
| Defendants. | |

The parties have filed a stipulation and proposed order vacating all litigation dates in light of Plaintiff's attorney's pending motion to withdraw, which will be heard on January 25, 2011. ECF No. 20. The case schedule and currently set deadlines, including the upcoming ADR deadline of January 20, 2012, are hereby VACATED. However, by December 28, 2011, Plaintiff, either individually or through her current counsel, is ORDERED to file a statement indicating whether she opposes her attorney's motion to withdraw, and whether she intends to litigate with a new attorney.

If Plaintiff fails to file a report as ordered by December 28, 2011, the Court will issue an order to show cause why this case should not be dismissed for failure to prosecute, with a hearing scheduled on January 25, 2011. If Plaintiff indicates that she intends to litigate this case, the parties shall be prepared to set a new case schedule at the January 25, 2011 case management conference.

1

Case No.: 11-CV-02498-LHK
ORDER VACATING DEADLINES AND ORDERING RESPONSE FROM PLAINTIFF

**IT IS SO ORDERED.**

Dated: December 20, 2011

_____
LUCY H. KOH
United States District Judge