UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN BALOUCH, | Case No.: 11-CV-02498-LHK |
| Plaintiff, | ORDER DENYING REQUEST TO STAY LITIGATION |
| v. | |
| BRYAN J. SOUZA; and DOES 1-10, | |
| Defendants. | |

Through her counsel of record, Plaintiff has requested a 90 day continuance of the case management conference currently set for January 25, 2011.  Plaintiff's request is DENIED.  Plaintiff has had notice of her counsel's intent to withdraw since November 7, 2011.  The January 25, 2011 motion hearing and case management conference remain as set.  At the January 25, 2011 hearing Plaintiff must appear if she intends to pursue this litigation and the parties shall be prepared to set a new case schedule.

**IT IS SO ORDERED.**

Dated: January 2, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02498-LHK
ORDER DENYING REQUEST TO STAY LITIGATION