1  Joseph S. May   SBN 245924
   LAW OFFICE OF JOSEPH S. MAY
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 781-3333
   Facsimile (415) 398-1410
4  joseph@josephmaylaw.com

5  Attorney for Plaintiff
   MOJGAN BALOUCH

#### UNITED STATES DISTRICT COURT
#### NORTHERN DISTRICT OF CALIFORNIA
#### SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN BALOUCH,<br><br>                    Plaintiff,<br><br>       v.<br><br>BRYAN J. SOUZA; and DOES 1-10, inclusive.<br><br>                    Defendants. | CASE NO.: C11-2498-LHK<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CMC AND HEARING ON MOTION TO BE RELIEVED AS COUNSEL**<br>`As modified`<br>Action Filed:   May 23, 2011<br>Trial Date:     None set |

### STIPULATION

The Parties, through undersigned counsel, hereby stipulate and agree as follows:

1. The next Case Management Conference and the hearing on Plaintiff's Counsel's Motion to Withdraw are both currently set for January 25, 2012.

2. Plaintiff's counsel began a jury trial in San Francisco Superior Court in a case entitled *Hechavarria v. Georgopoulos*, Case No. CGC-10-504364, on January 3, 2012. The trial was initially estimated to last five court days; however, the trial has been moving slowly and is now expected to continue through the end of January 2012 and into the first week of February 2012. The trial is conducted from 10:00 a.m. until 4:30 p.m. Mondays through Thursdays.

1    3. In light of the foregoing, the parties, through undersigned counsel, stipulate to continue
2 the hearing on the motion to withdraw and the Case Management Conference by two weeks, to
3 February 8, 2012, or as soon thereafter as the Court's schedule permits.

So Stipulated.

Dated: January 20, 2012                          LAW OFFICE OF JOSEPH S. MAY

                                                 */s/ Joseph S. May*
                                                 JOSEPH S. MAY
                                                 *Attorney for Plaintiff*

So Stipulated.

Dated: January 20, 2012                          KAMALA D. HARRIS
                                                 Attorney General of California
                                                 TYLER B. PON
                                                 Supervising Deputy Attorney General

                                                 */s/ Jeff R. Vincent**

                                                 JEFF R. VINCENT
                                                 Deputy Attorney General
                                                 *Attorneys for Defendant*

                                                 * Pursuant to General Order 45, §O.K., the filer
                                                   of this document attests that he has received
                                                   the concurrence of this signatory to file this
                                                   document.

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and good cause appearing, it is HEREBY ORDERED that the CMC and hearing on Plaintiff's counsel's motion to withdraw be continued from January 25, 2012 to February 8, 2012. The parties shall file one Joint Case Management Statement one week before the case management conference.

SO ORDERED.

DATED: January 23, 2012                          *Lucy H. Koh*
                                                 HON. LUCY H. KOH
                                                 United States District Judge

C11-2498-LHK                                     2
STIP AND ~~PROPOSED~~ ORDER CONTINUING CMC AND HEARING ON MOTION TO WITHDRAW