UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN BALOUCH, | Case No.: 11-CV-02498-LHK |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| BRYAN J. SOUZA; and DOES 1-10, | |
| Defendants. | |

On May 23, 2011, Plaintiff, represented by counsel, filed this suit alleging a violation of 42 U.S.C. § 1983. *See* ECF No. 1. The following case schedule was set on September 21, 2011:

Further Case Management Conference: January 25, 2012.
Deadline to File Motion to Amend: December 1, 2011.
Fact Discovery Cut-off : January 27, 2012.
Expert Discovery Cut-off: March 9, 2012.
Pretrial Conference: March 21, 2012.
Trial: April 9, 2012.

ECF No. 17.

On December 5, 2011, Plaintiff's attorney filed a motion to withdraw as counsel citing a break down in the attorney-client relationship. ECF No. 19. In his motion, Plaintiff's attorney stated that he had notified Plaintiff in writing of his intent to be relieved as counsel on November 7, 2011. *Id.* On December 20, 2011, the Court vacated all litigation dates in light of Plaintiff's attorney's pending motion to withdraw, and ordered a response from Plaintiff by December 28,

1
Case No.: 11-CV-02498-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

2011, indicating whether she opposed her attorney's motion to withdraw, and whether she intended to litigate with a new attorney. ECF No. 21. The Court also set a hearing date of January 25, 2011 for Plaintiff's attorney's motion to withdraw as counsel and to set a new case schedule. *See id.*

On December 28, 2011, Plaintiff's counsel filed a letter indicating that Plaintiff did not object to the pending motion to withdraw as counsel, but requested a 90-day continuance of the January 25, 2012 hearing date. ECF No. 23. The Court denied Plaintiff's request and ordered the Plaintiff to appear at the January 25, 2012 hearing date if she wished to pursue her case. ECF No. 24. On January 23, 2012, by stipulation of the parties, the hearing was continued to February 8, 2012 because Plaintiff's counsel was in trial in San Francisco Superior Court. ECF No. 26.

A case management conference and hearing on Plaintiff's attorney's motion to withdraw was held on February 8, 2012. Plaintiff failed to appear. Pursuant to Civil Local Rule 11-5(a), the Court GRANTS Plaintiff's attorney's motion to withdraw. The Court reminds Plaintiff's counsel that he is under an obligation to assist Plaintiff in attempting to obtain a new attorney.[1] Plaintiff's counsel is also ORDERED to send this Order to Show Cause and the information regarding the Federal Legal Assistance Self Help ("FLASH") program the Court gave Plaintiff's counsel at the hearing to Plaintiff. Plaintiff's attorney represented that he had been in contact with Plaintiff on December 28, 2011, but was not aware of any efforts Plaintiff had made to find a new lawyer.

In light of Plaintiff's failure to appear at the February 8, 2012 hearing, the Court indicated at the hearing that this case would be dismissed for failure to prosecute. Upon further review of the record, the Court determines that dismissal of the case would not be appropriate at this time given that Plaintiff's counsel has indicated that Plaintiff is currently out of the country for an unknown amount of time.

The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has until **April 12, 2012** to file a response to this Order to Show

---

[1] The Court advises Plaintiff to sign up for an appointment with the Federal Legal Assistance Self–Help Center ("FLASH") at the San Jose Courthouse. The telephone number for FLASH is (408) 297–1480.

2

Case No.: 11-CV-02498-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

1  Cause.  A hearing on this Order to Show Cause is set for **Thursday, April 26, 2012 at 1:30 P.M.**[2]

2  Plaintiff's failure to respond to this Order and to appear at the April 26, 2012 hearing will result in

3  dismissal with prejudice for failure to prosecute.

4  **IT IS SO ORDERED.**

5  Dated: February 8, 2012

                                               LUCY H. KOH
                                               United States District Judge

---

[2] The Order to Show Cause hearing is set for 90-days after the January 25, 2012 case management conference because Plaintiff's counsel originally asked for a 90 day continuation of the January 25, 2012 case management conference.

3

Case No.: 11-CV-02498-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE