**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOJGAN BALOUCH,

Plaintiff,

v.

BRYAN J. SOUZA; and DOES 1-10,

Defendants.

Case No.: 11-CV-02498-LHK

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On May 23, 2011, Plaintiff, represented by counsel, filed this suit alleging a violation of 42 U.S.C. § 1983. *See* ECF No. 1. On December 5, 2011, Plaintiff's attorney filed a motion to withdraw as counsel citing a break down in the attorney-client relationship. ECF No. 19. In his motion, Plaintiff's attorney stated that he had notified Plaintiff in writing of his intent to be relieved as counsel on November 7, 2011. *Id.* On December 20, 2011, the Court vacated all previously set litigation dates in light of Plaintiff's attorney's pending motion to withdraw, and ordered a response from Plaintiff by December 28, 2011, indicating whether she opposed her attorney's motion to withdraw, and whether she intended to litigate with a new attorney. ECF No. 21. The Court also set a hearing date of January 25, 2011 for Plaintiff's attorney's motion to withdraw as counsel and to set a new case schedule. *See id.*

On December 28, 2011, Plaintiff's counsel filed a letter indicating that Plaintiff did not object to the pending motion to withdraw as counsel, but requested a 90-day continuance of the

Case5:11-cv-02498-LHK Document32 Filed04/26/12 Page2 of 2

United States District Court
For the Northern District of California

January 25, 2012 hearing date. ECF No. 23. The Court denied Plaintiff's request and ordered the Plaintiff to appear at the January 25, 2012 hearing date if she wished to pursue her case. ECF No. 24. On January 23, 2012, by stipulation of the parties, the hearing was continued to February 8, 2012 because Plaintiff's counsel was in trial in San Francisco Superior Court. ECF No. 26.

A case management conference and hearing on Plaintiff's attorney's motion to withdraw was held on February 8, 2012. The motion to withdraw was granted. Plaintiff failed to appear at the hearing. On February 10, 2012, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. ECF No. 28. Plaintiff's attorney was ordered to send the order to show cause, as well as information regarding the Federal Legal Assistance Self Help ("FLASH") program to Plaintiff. Plaintiff was ordered to respond to the order to show cause by April 12, 2012. Plaintiff has not filed a response. A hearing on the order to show cause was held on April 26, 2012. Plaintiff failed to appear at this hearing. In light of Plaintiffs' failure to respond to the order to show cause and failure to appear at the April 26, 2012 hearing, the Court DISMISSES this case with prejudice for failure to prosecute. Plaintiff's previous attorney, Joseph May, is instructed to forward a copy of this order to Plaintiff, Mojgan Balouch. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2012

Lucy H. Koh
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02498-LHK
ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE